Form 9-1

UNITED STATES COURT OF INTERNATIONAL TRADE                                FORM 9

| ROPER CORPORATION, | |
|---|---|
| Plaintiff, | Court No. 22-00217 |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on attached Schedule A consists of GE microwave oven Model Nos. 191D7832G010 (G010), 191D7831G018 (G018), 191D9179G005 (G005), and 191D7833G009 (G009).

Form 9-2

Stipulated Judgment on Agreed Statement of Facts, Court No. 22-00217 (continued)

3. The imported merchandise was classified by U.S. Customs and Border Protection under subheading 8516.60.4086 of the Harmonized Tariff Schedule of the United States (HTSUS) as "Other ovens; cooking stoves, ranges cooking plates, boiling rings, grillers and roasters: cooking stoves, ranges and ovens: other" at a duty-free rate, and under Chapter 99 subheading 9903.88.03, HTSUS, at a rate of 25 percent *ad valorem*.

4. The stipulable imported merchandise is classifiable as "Microwave ovens having a capacity exceeding 31.0 liters" under subheading 8516.50.0090, HTSUS, which is dutiable at a rate of two percent *ad valorem* and is not subject to Section 301 duties.

5. The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries covered by Court No. 22-00217 are abandoned.

8. Each party will bear its own costs and attorney's fees.

By: /s/ Jason M. Kenner

    Jason M. Kenner
    Sandler Travis & Rosenberg, P.A.
    675 Third Ave. Suite 1805-06
    New York, NY 10017
    212-549-0137
    Attorneys for Plaintiff

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

Patricia M. McCarthy
Director

/s/    10/2/2024
Jtfstin R. Miller
Attorney-In-Charge
InmnYational Tr&de Field Office

/s/    10/2/2024
Edward F. Kenny
Senior Trial Counsel
U.S. Dept, of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel.: (212) 264-0480
Attorneys for the United States

IT IS HEREBY ORDERED that this action is decided, and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge

Date: _____

## SCHEDULE A TO STIPULATED JUDGMENT COURT NO. 22-00217

CEE-010 - Machinery Center

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 170321112183 | 2/17/21 | 1/26/22 | 231-8050035-2 | 10/19/19 | 9/11/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8050074-1 | 10/19/19 | 9/11/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8050100-4 | 10/19/19 | 9/11/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8051215-9 | 10/29/19 | 9/25/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8051247-2 | 10/29/19 | 9/25/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8051231-6 | 10/29/19 | 9/25/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8051125-0 | 10/23/19 | 9/18/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8051130-0 | 10/23/19 | 9/18/20 | 1703 |
| 170321112183 | 2/17/21 | 1/26/22 | 231-8051218-3 | 10/29/19 | 9/25/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8052384-2 | 11/12/19 | 10/9/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8052386-7 | 11/12/19 | 10/9/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8052390-9 | 11/12/19 | 10/9/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8052399-0 | 11/12/19 | 10/9/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8053077-1 | 11/25/19 | 10/23/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8052382-6 | 11/12/19 | 10/9/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8053088-8 | 11/25/19 | 10/23/20 | 1703 |
| 170321112186 | 2/17/21 | 1/26/22 | 231-8053665-3 | 11/27/19 | 10/23/20 | 1703 |
| 170321112178 | 2/17/21 | 1/26/22 | 231-8048829-3 | 9/25/19 | 8/21/20 | 1703 |
| 170321112178 | 2/17/21 | 1/26/22 | 231-8048288-2 | 9/25/19 | 8/21/20 | 1703 |
| 170321112178 | 2/17/21 | 1/26/22 | 231-8049091-9 | 10/2/19 | 8/28/20 | 1703 |
| 170321112178 | 2/17/21 | 1/26/22 | 231-8049087-7 | 10/2/19 | 8/28/20 | 1703 |
| 170321112178 | 2/17/21 | 1/26/22 | 231-8047723-9 | 9/24/19 | 8/21/20 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8058206-1 | 1/25/20 | 12/18/20 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8059439-7 | 1/25/20 | 3/19/21 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8061597-8 | 2/21/20 | 1/15/21 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8062539-9 | 3/10/20 | 4/2/21 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8062706-4 | 2/26/20 | 1/22/21 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8056608-0 | 12/25/19 | 11/20/20 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8056702-1 | 12/25/19 | 11/20/20 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8056981-1 | 1/1/20 | 11/27/20 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8061695-0 | 2/24/20 | 3/19/21 | 1703 |
| 170321112437 | 3/15/21 | 1/26/22 | 231-8061949-1 | 2/26/20 | 3/19/21 | 1703 |